IN RE **Markarian, Garegin** _____   Case No. _____
                              Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **001707125016319883**<br>**Amex**<br>**PO Box 297871**<br>**Fort Lauderdale, FL  33329-7871** | | | **Revolving account opened 1/96** | | | | **1,648.00** |
| Account No. **001707125016320218**<br>**Amex**<br>**PO Box 297871**<br>**Fort Lauderdale, FL  33329-7871** | | | **Open account opened 2/94** | | | | **5.00** |
| Account No. **411507174726**<br>**Capital 1 Bk**<br>**11013 W Broad St**<br>**Glen Allen, VA  23060-5937** | | | **Revolving account opened 7/00** | | | | **7,137.00** |
| Account No.<br>**Alliance One**<br>**PO Box 1961**<br>**Southgate, MI  48195** | | | **Assignee or other notification for:**<br>**Capital 1 Bk** | | | | |
| Account No. **5121-0718-0112-4367**<br>**Cbusasears**<br>**PO Box 6189**<br>**Sioux Falls, SD  57117-6189** | | | **Revolving account opened 11/89** | | | | **762.00** |

___**3**___ Continuation Sheets attached

Subtotal (Total of this page) **9,552.00**

(Complete only on last sheet of Schedule F) **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Markarian, Garegin** _____ Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **ED031754**<br>**Eshkan (Yvette) Minassi**<br>**6916 Estepa Drive**<br>**Tujunga, CA  91042** | | | **Judgment**<br>**Eshkan Minassi vs Gary Markarian**<br>**Case# ED031754** | | | | **unknown** |
| Account No. **F600man0010186608**<br>**Fidelity Creditor Svc**<br>**216 S Louise St**<br>**Glendale, CA  91205-1637** | | | **Open account opened 11/04** | | | | **1,976.00** |
| Account No.<br>**Mgmt Assoc-citibank/fusa Bank** | | | **Assignee or other notification for:**<br>**Fidelity Creditor Svc** | | | | |
| Account No. **H58**<br>**Finan Assis**<br>**10 148th Ave NE**<br>**Bellevue, WA  98007-4947** | | | **Unknown account opened 11/02**<br>**Collection account**<br>**Charge Off**<br>**Wells Fargo / Duplicate** | | | | **0.00** |
| Account No.<br>**Wells Fargo Bank** | | | **Assignee or other notification for:**<br>**Finan Assis** | | | | |
| Account No. **027-30833602**<br>**Great Lakes Collection Bureau INC**<br>**45 Oak Street**<br>**Buffalo, NY  14203-2697** | | | **Collection account**<br>**At&T Wireless** | | | | **155.00** |
| Account No.<br>**TxCollect, INC**<br>**2101 W Ben White Blvd Suite 103**<br>**Austin, TX  78704** | | | **Assignee or other notification for:**<br>**Great Lakes Collection Bureau INC** | | | | |

Sheet ____**1**____ of ____**3**____ Continuation Sheets attached to Schedule F

Subtotal (Total of this page) **2,131.00**

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Markarian, Garegin** _____   Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **BOM001**<br>**JRT Business Supplies**<br>**1217 W Glenoaks Blvd**<br>**Glendale, CA 91201** | | | **2004**<br>**Supplie Bill** | | | | **511.00** |
| Account No. **8506781740**<br>**Midland Credit Mgmt**<br>**8875 Aero Dr**<br>**San Diego, CA 92123-2251** | | | **Installment account opened 2/04** | | | | **2,490.00** |
| Account No.<br>**Wells Fargo Bank** | | | **Assignee or other notification for:**<br>**Midland Credit Mgmt** | | | | |
| Account No. **04A02511**<br>**Rescomm Holdings No.2**<br>**C/O Law Offices Of Richard S Stone ESQ**<br>**2250 Commerce Avenue Suite D**<br>**Concord, CA 94520** | | | **Judgment**<br>**Rescomm Holdings No2 vs Gary Markarian**<br>**DBA Broasway Office Machines**<br>**Case# 04A02511** | | | | **16,592.00** |
| Account No.<br>**Stevenson Real Estate Services**<br>**1111 N Brand Boulevard Suite 200**<br>**Glendale, CA 91202-3072** | | | **Financial Jugment**<br>**Rent & Damages** | | | | **11,366.00** |
| Account No. **547464317147937**<br>**The Bureaus, INC**<br>**1717 Central Street**<br>**Evanston, IL 60204** | | | **Collection account**<br>**Wells Fargo Bank**<br>**Trade Debt from Business**<br>**Charge Off debtor might be personally liable** | | | | **0.00** |
| Account No. **424615200990**<br>**Unifund/collection Agency**<br>**11802 Conrey Rd Ste 200**<br>**Cincinnati, OH 45249-1075** | | | **Open account opened 8/03** | | | | **1,973.00** |

Sheet _____**2**_____ of _____**3**_____ Continuation Sheets attached to Schedule F

Subtotal (Total of this page)   **32,932.00**

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Markarian, Garegin** _____ Case No. _____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **748972**<br>**Wells Fargo**<br>**55 5th St E**<br>**Saint Paul, MN  55101-2701** | | | **Revolving account opened 10/93** | | | | **2,279.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet _____**3**_____ of _____**3**_____ Continuation Sheets attached to Schedule F

Subtotal (Total of this page) **2,279.00**

(Complete only on last sheet of Schedule F) **TOTAL** **46,894.00**
(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only