FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (12/03)

# UNITED STATES BANKRUPTCY COURT — Central District of California

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on March 29, 2005.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the **U.S. Bankruptcy Court, United States Federal Building, 300 North Los Angeles Street, Los Angeles, CA 90012.**

NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

| | |
|---|---|
| Debtor(s) (name(s) address)<br>MARKARIAN, GAREGIN<br><br>245 W STOCKER ST APT # D<br>GLENDALE, CA 91202-2416 | **Case Number:** LA 05-16408-VZ<br>Last four digits of Soc. Sec. No. / Complete EIN or other Taxpayer I.D. No.:<br><br>Dbt SSN: XXX-XX-3297    EIN/Tax I.D.:<br>JDbt SSN:                    EIN/Tax I.D.: |
| All Other Names used by the Debtor(s) in the last 6 years (include married, maiden, and trade names):<br>Debtor: PDBA GLENDALE STATIONARY OFFICE MAC<br>Joint Debtor: | Bankruptcy Trustee (name, address, telephone)<br>JEFFREY I GOLDEN<br>650 TOWN CENTER DR STE 950<br>COSTA MESA, CA 92626<br><br>Telephone number: (714) 445-1013 |
| Attorney for Debtor(s) (name, address, telephone)<br>TYSON TAKEUCHI<br>TYSON TAKEUCHI ATTORNEY AT LAW<br>3699 WILSHIRE BLVD  SUITE 1260<br>LOS ANGELES, CA 90010<br>Telephone number: (213) 637-1566 | |

## Meeting of Creditors

**Date:** May 2, 2005    **Time:** 10:00 A.M.    **Location:** 725 South Figueroa St., Room 101, Los Angeles, CA 90017

## Deadlines

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: July 1, 2005**

**Deadline to Object to Exemptions:** Thirty (30) days after the *conclusion* of the meeting of creditors

## Creditors May Not Take Certain Actions

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

## Please Do Not File A Proof of Claim Unless You Receive a Notice To Do So

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| U.S. Bankruptcy Court<br>255 East Temple Street<br>Los Angeles, CA 90012<br>Telephone number: (213) 894-3118 | Clerk of the Bankruptcy Court:<br>Jon D. Ceretto |
| Hours Open: 9:00 A.M to 4:00 P.M. | Date: March 30, 2005 |

(Form rev. 12/03 : 341 - B9A)

26 /LLI

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362.  Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors*. Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. *The trustee is designated to preside at the meeting of creditors. The case is covered by the Chapter 7 blanket bond on file with the Court.* |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt.  Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Proof of Debtor Identification (ID) and Proof of Social Security Number (SSN) | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee bringing a motion to dismiss the case. Permissible forms of ID include a valid state driver's license, government or state-issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W-2 form, pay stub, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the **U.S. Bankruptcy Court, United States Federal Building, 300 North Los Angeles Street, Los Angeles, CA 90012.** You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office at the address listed above. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice.  You may want to consult an attorney to protect your rights. |
| Failure to File a Statement and/or Schedule(s) | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S),** the debtor must do so, or obtain an extension of time to do so, within 15 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial Section 341(a) meeting of creditors and any continuance thereof, will result in dismissal of the case with a 180-day prohibition on filing another case, unless leave of court is first obtained.<br><br>(Si el deudor no ha presentado una declaracion y/o una lista de acreedores, tendra que hacerlo dentro de un plazo de 15 dias a partir de la fecha de presentacion de la peticion o tendra que obtener una extension del plazo para hacerlo. Si no cumple usted este requisito, o si no comparece a la junta 341(a) inicial de acreedores o a cualquier aplazamiento, esto resultara en que se declare sin lugar el caso y se le prohiba presentar otro caso durante los 180 dias siguientes, a menos de que obtenga un permiso del tribunal.) |
| Bankruptcy Fraud and Abuse | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the United States Trustee, 725 South Figueroa Street, 26th Floor, Los Angeles, CA 90017 |

**---Refer to Other Side For Important Deadlines and Notices---**

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0973-2           User: LLI                    Page 1 of 1              Date Rcvd: Mar 31, 2005
Case: 05-16408-VZ              Form ID: B9A                 Total Served: 39
```

The following entities were served by first class mail on Apr 02, 2005.
```
D           MARKARIAN, GAREGIN,    245 W STOCKER ST APT # D,    GLENDALE, CA 91202-2416
DA         +TYSON TAKEUCHI,    TYSON TAKEUCHI ATTORNEY AT LAW,    3699 WILSHIRE BLVD SUITE 1260,
             LOS ANGELES, CA 90010-2719
T          +JEFFREY I GOLDEN,    650 TOWN CENTER DR STE 950,    COSTA MESA, CA 92626-7021
1          +ALLIANCE ONE,    PO BOX 1961,    SOUTHGATE, MI 48195-0961
2           AMER BUR CRD,    PO BOX 5321,    DIAMOND BAR, CA 91765-7321
3          +AMER HONDA,    700 VAN NESS AVE BLD 300,    TORRANCE, CA 90501-1490
4           AMEX,   PO BOX 297871,    FORT LAUDERDALE, FL 33329-7871
5           ASSOCIATES/CITIBANK,    PO BOX 6003,    HAGERSTOWN, MD 21747-6003
6           ATT AND T UNIVERSAL/ CITIBANK,    PO BOX 6241,    SIOUX FALLS, SD 57117-6241
8           BANKONE NA,    800 BROOKSEDGE BLVD,    WESTERVILLE, OH 43081-2895
9           CAPITAL 1 BK,    11013 W BROAD ST,    GLEN ALLEN, VA 23060-5937
10          CBUSASEARS,    PO BOX 6189,    SIOUX FALLS, SD 57117-6189
11         +CHASE,    900 STEWART AVE,    GARDEN CITY, NY 11530-4891
12          CHASE NA,    100 DUFFY AVENUE,    WESTBURY, NY 11594-0001
13         +ESHKAN YVETTE MINASSI,    6916 ESTEPA DRIVE,    TUJUNGA, CA 91042-3223
14          FIDELITY CREDITOR SVC,    216 S LOUISE ST,    GLENDALE, CA 91205-1637
15          FINAN ASSIS,    10 148TH AVE NE,    BELLEVUE, WA 98007-4947
16          FST USA BK,    PO BOX 8650,    WILMINGTON, DE 19899-8650
17          FSTNTWDMORTG,    5280 CORP DR #0002,    FREDERICK, MD 21701
18         +GREAT LAKES COLLECTION BUREAU INC,    45 OAK STREET,    BUFFALO, NY 14203-2620
19          HSBC CNTL CL,    PO BOX 4604,    BUFFALO, NY 14240-4604
20          HSBC/KMART,    200 BENEFICIAL CRT,    PEAPACK, NJ 07977
21         +JRT BUSINESS SUPPLIES,    1217 W GLENOAKS BLVD,    GLENDALE, CA 91201-2201
22          MIDLAND CREDIT MGMT,    8875 AERO DR,    SAN DIEGO, CA 92123-2251
23          NMAC LEASES,    PO BOX 660366,    DALLAS, TX 75266-0366
25         +RESCOMM HOLDINGS NO.2,    C/O LAW OFFICES OF RICHARD S STONE,    2250 COMMERCE AVENUE SUITE D,
             CONCORD, CA 94520-4925
26          RSHK/CBUSA,    PO BOX 8189,    GRAY, TN 37615-0189
27          STEVENSON REAL ESTATE SERVICES,    1111 N BRAND BOULEVARD SUITE 200,    GLENDALE, CA 91202-3072
28         +THE BUREAUS, INC,    1717 CENTRAL STREET,    EVANSTON, IL 60201-1590
29         +TXCOLLECT, INC,    2101 W BEN WHITE BLVD SUITE 103,    AUSTIN, TX 78704-7517
30         +UNIFUND/COLLECTION AGENCY,    11802 CONREY RD STE 200,    CINCINNATI, OH 45249-1074
31          WELLS FARGO,    55 5TH ST E,    SAINT PAUL, MN 55101-2701
32          WELLS FARGO BANK,    1220 CONCORD AVE,    CONCORD, CA 94520-4906
33         +UNITED STATES TRUSTEE,    725 S. FIGUEROA ST, 26th FLOOR,    LOS ANGELES, CA 90017-5524
34          LOS ANGELES CITY CLERK,    P. O. Box 53200,    LOS ANGELES, CA 90053-0200
36          EMPLOYMENT DEVELOPMENT DEPARTMENT,    BANKRUPTCY GROUP MIC 92E,    P.O. BOX 826880,
             SACRAMENTO, CA 94280-0001
```

The following entities were served by electronic transmission on Mar 31, 2005 and receipt of the transmission was confirmed on:
```
7          +EDI: BANKAMER.COM Mar 31 2005 17:38:00      BANK OF AMERICA,    1825 E BUCKEYE RD,
             PHOENIX, AZ 85034-4216
10          EDI: SEARS.COM Mar 31 2005 17:38:00      CBUSASEARS,    PO BOX 6189,    SIOUX FALLS, SD 57117-6189
24          E-mail: bnc@nordstrom.com Mar 31 2005 20:46:28      NORDSTROMFSB,    PO BOX 6566,
             ENGLEWOOD, CO 80155-6566
35          EDI: CALTAX.COM Mar 31 2005 17:38:00      FRANCHISE TAX BOARD,    ATTN: BANKRUPTCY,    P. O. BOX  2952,
             SACRAMENTO, CA 95812-2952
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 02, 2005**              **Signature:** *Joseph Speetjens*